1  GORDON SILVER
   MOLLY M. REZAC
2  Nevada Bar No. 7435
   Email:  mrezac@gordonsilver.com
3  JOEL Z. SCHWARZ
   Nevada Bar No. 9181
4  Email: jschwarz@gordonsilver.com
   100 W. Liberty Street, Suite 690
5  Reno, NV  89501
   Tel:  (775) 343-7500
6  Fax:  (775) 786-0131

7  *Attorneys for Defendant Alan Waxler Group Charter Services, LLC, dba AWG Charter Services*

8

9              **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11  ROBERT GREENE,                          2:11-CV-00866-PMP-CWH

12            Plaintiff,
                                            **MOTION TO REMOVE FORMER
13  vs.                                     COUNSEL FROM CM/ECF SERVICE
                                            LIST; [PROPOSED] ORDER**
14  ALAN WAXLER GROUP CHARTER
    SERVICES, LLC, dba AWG CHARTER
15  SERVICES, a Nevada Limited Liability
    Company, Does 1-50, inclusive,
16
              Defendants.
17

18         Pursuant to L.R. 10-6(e), Defendant ALAN WAXLER GROUP CHARTER SERVICES,

19  LLC, *dba* AWG CHARTER SERVICES ("Defendant"), by and through counsel, the law firm of

20  Gordon Silver ("Counsel"), respectfully moves this court for an order to remove former counsel,

21  Jamie L. Zimmerman (jzimmerman@gordonsilver.com), from the CM/ECF service list and any

22  mailing list on the above-referenced matter.

23         Ms. Zimmerman previously represented Defendant.  However, she is no longer affiliated

24  with the law firm of Gordon Silver, no longer represent Defendant and have no further need to

25  receive CM/ECF notification or mail in this case.

26         Joel Z. Schwarz will now represent Defendant. Mr. Schwarz's Email address is

27  jschwarz@gordonsilver.com.

28  …

                                        1 of 3

102874-0051628808

1   A courtesy copy of this Motion is being simultaneously mailed to former counsel at the
2   following last known address:

3   JAMIE L. ZIMMERMAN
    Nevada Bar No. 11749
4   jamie.zimmerman@jacksonlewis.com
    Jackson Lewis
5   3800 Howard Hughes Parkway
    Suite 600
6   Las Vegas, NV 89169

7   By this motion, Counsel seeks an Order that Ms. Zimmerman's name be removed as
8   counsel of record for Defendant and that her respective email address be removed from the
9   CM/ECF notification list on this matter, and that Joel Z. Schwarz be added to Counsel
10  representing Defendant.

11  DATED this 15th day of November 2012.

12          GORDON SILVER

13          /s/ Molly M. Rezac

14          MOLLY M. REZAC
            Nevada Bar No. 7435
15          JOEL Z. SCHWARZ
            Nevada Bar No. 9181
16          3960 Howard Hughes Parkway, 9th Floor
            Las Vegas, NV 89169
17          Tel: (702) 796-5555

18          *Attorneys for Defendant Alan Waxler Group*
            *Charter Services, LLC, dba AWG Charter Services*

19

20

21

22

23

24

25

26

27

28

102874-0051628808

**CERTIFICATE OF SERVICE**

I certify that I am an employee of GORDON SILVER, and that on this date, pursuant to FRCP 5(b), I am serving the attached copy of MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER on the party set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail at Reno, Nevada, postage prepaid, following ordinary business practices

_____  Certified Mail, Return Receipt Requested

_____  Via Facsimile (Fax)

_____  Placing an original or true copy thereof in a sealed envelope and causing the same to be personally Hand-Delivered

_____  Federal Express (or other overnight delivery)

\_\_\_X\_\_\_  E-service effected by CM/ECF

addressed as follows:

Mark Thierman, Esq.
Jason Kuller, Esq.
Thierman Law Firm, P.C.
7287 Lakeside Drive
Reno, NV 89511
*Attorney for Plaintiff*

DATED this 15th day of November 2012.

/s/ Bobbye Donaldson
_____
Bobbye Donaldson, an employee of
GORDON SILVER

102874-0051628808

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GREENE,<br><br>          Plaintiff,<br><br>vs.<br><br>ALAN WAXLER GROUP CHARTER SERVICES, LLC, dba AWG CHARTER SERVICES, a Nevada Limited Liability Company, Does 1-50, inclusive,<br><br>          Defendants. | 2:11-CV-00866-PMP-CWH<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST** |

THIS MATTER came before the Court on the Defendant ALAN WAXLER GROUP CHARTER SERVICES, LLC, *dba* AWG CHARTER SERVICES' ("Defendant") Motion to Remove Former Counsel from CM/ECF Service List. Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT:

Jamie L. Zimmerman (jzimmerman@gordonsilver.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS FURTHER ORDERED that Joel Z. Schwarz whose email address is jschwarz@gordonsilver.com is added to CM/ECF service and mailing list as Counsel for Defendant.

…

…

      IT IS FURTHER ORDERED that counsel for Defendant mail a copy of this Order to former counsel at their last known address(es):

      JAMIE L. ZIMMERMAN
Nevada Bar No. 11749
Jackson Lewis
3800 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Phone: (702) 921-2460

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: November 16, 2012.