UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |  |
|---|---|---|
| ROBERT GREENE, | ) | |
| Plaintiff, | ) | 2:11-cv-00866-PMP-CWH |
| v. | ) | |
| ALAN WAXLER GROUP CHARTER SERVICES, LLC, | ) | ORDER |
| Defendant. | ) | |

There having been no action in this case since the joint status report of the parties filed December 16, 2011 (Doc. #16), and it appearing this action is resolved,

IT IS ORDERED that this case is hereby DISMISSED.

DATED: February 25, 2013

_____
PHILIP M. PRO
United States District Judge